# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 97-cr-00025-DBS-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOSE ANTONIO CALLES-MEDINA

       Defendant.

---

## ORDER ALLOWING DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT TO U.S. PROBATION OFFICER MICHAEL P. JENNINGS

---

       THIS MATTER is before the Court upon request by the Probation Department for permission to disclose the Presentence Investigation Report prepared in this case before the Court for use in U.S. District Court for the District of Arizona, Tucson, Arizona, Case Number 4:06CR01062-001-TUC-CKJ. Upon further review, the Court

       ORDERS the Presentence Investigation Report prepared for this Court may be disclosed and viewed by U.S. Probation Officer Michael P. Jennings, the sentencing judge, the U.S. Attorney and the attorney for the defendant in these matters, and

       FURTHER ORDERS that the Presentence Investigation Report shall not be copied or in any way disclosed beyond the scope of this Order, and that the report be delivered to U.S. Probation Officer Michael P. Jennings by a representative of the U.S. Probation Department, and that the Presentence Investigation Report will be returned to that representative of the U.S. Probation Department when sentencing is completed. The Court

       FURTHER ORDERS that the Recommendation portion of the Presentence Investigation Report is not to be disclosed.

       DATED at Denver, Colorado, this 26 day of September, 2006.

       BY THE COURT:

       _____
       RICHARD P. MATSCH
       Senior District Judge